This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**ANNA LEE HEEMSBERGEN,**

Plaintiff-Appellee,

v.                                                            **No. A-1-CA-36834**

**JOHN GIVAN,**

Defendant-Appellant,

and

**REBAL GIVAN,**

Defendant.

**APPEAL FROM THE DISTRICT COURT OF HIDALGO COUNTY**
**J.C. Robinson, District Judge**

Anna Lee Heemsbergen
Lordsburg, NM

Pro Se Appellee

John Givan
Lordsburg, NM

Pro Se Appellant

**MEMORANDUM OPINION**

**ZAMORA, Judge.**

{1}    Defendant appeals the district court's adverse decision in this case. We issued a notice of proposed summary disposition proposing to affirm. That notice was mailed to the address provided to this Court by Defendant. We then issued an amended notice and mailed that notice to the same address. Both mailings were returned to this Court unopened. We note that it is Defendant's responsibility to provide this Court with a proper address where he may be served with notices and other documents issued by this Court. The time for filing a memorandum in opposition to our notices of proposed summary disposition has expired. Therefore, for the reasons stated in those notices, we affirm.

{2}    **IT IS SO ORDERED.**

_____
**M. MONICA ZAMORA, Judge**

**WE CONCUR:**

_____
**J. MILES HANISEE, Judge**

_____
**JULIE J. VARGAS, Judge**